IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO.   3:15-CV-590-DJH |
| v. | ) ) | COMPLAINT |
| INDI'S FAST FOOD RESTAURANT, INC., | ) ) | JURY TRIAL DEMAND |
| Defendant. | ) ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 against Indi's Fast Food Restaurant, Inc. ("Defendant Employer") to correct unlawful employment practices that discriminate on the basis of sex and to provide appropriate relief to former employee Rickesha L. Jones ("Jones") and a class of similarly situated female employees who were adversely affected by such practices. As alleged with greater particularity in paragraphs 12-16 below, Defendant Employer subjected Jones and a class of similarly situated female employees to a sexually hostile work environment at its restaurant on Cane Run Road in Louisville, Kentucky.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.§ 2000e-5(f)(1) and (3) ("Title VII") and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Western District of Kentucky.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1).

4.      At all relevant times, Defendant, Indi's Fast Food Restaurant, Inc. (the "Employer"), has continuously been doing business in the State of Kentucky and the City of Louisville, and has continuously had at least 15 employees.

5.      At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce under Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## ADMINISTRATIVE PROCEDURES

6.      More than thirty days prior to the institution of this lawsuit, Rickesha L. Jones filed a charge with the Commission alleging violations of Title VII by Defendant Employer.

7.      On or about June 9, 2015, the Commission issued to Defendant Employer a Letter of Determination finding reasonable cause to believe Title VII was violated when Jones and a class of similarly situated female employees were subjected to a sexually hostile work environment and inviting Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the unlawful employment practices and provide appropriate relief.

8.      On or about June 9, 2015, the Commission mailed to Defendant Employer a proposed Conciliation Agreement.

9.      On or about June 17, 2015, Defendant Employer informed the Commission that it would not offer a counter to the Commission's proposal or otherwise engage in conciliation.

10.     On or about June 17, 2015, the Commission issued to Defendant Employer a Notice of Failure of Conciliation advising Defendant that the Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

11.     All conditions precedent to the institution of this lawsuit have been fulfilled.

<u>STATEMENT OF CLAIMS</u>

12.     Since at least 2011, Defendant Employer has engaged in unlawful employment practices at its restaurant on Cane Rune Road in Louisville, Kentucky in violation of Section 703(a)(1) of Title VII, 42 U.S.C. 2000e-2(a)(1), by subjecting Jones and a class of similarly situated female employees to a sexually hostile work environment created by one of its manager's at the Cane Rune Road location.

13.     The manager has or had supervisory authority over Jones and other similarly situated female employees at the Cane Run Road location.

14.     The manager's sexual harassment of Jones and other similarly situated female employees includes, but is not limited to, the following:

(a)     Sexual touching;

(b)     Sexual comments; and

(c)     Requests for sexual favors.

15.     Defendant Employer knew or should have known about the sexually hostile work environment because the manager's conduct was open and notorious and occurred on a frequent

and routine basis over a substantial period of time and/or because Jones and similarly situated female employees complained to the Owner Murchison Thomas and/or other managers about the hostile work environment.

16.     Defendant Employer allowed the sexually hostile work environment to persist despite being on notice about it.

17.     The effect of the practices complained of in paragraphs 12-16 above has been to deprive Jones and similarly situated female employees of equal employment opportunities and otherwise adversely affect their status as employees because of their sex.

18.     The unlawful employment practices complained of in paragraphs 12-16 above were and are intentional.

19.     The unlawful employment practices complained of in paragraphs 12-16 above were and are done with malice or with reckless indifference to the federally protected rights of Jones and a class of similarly situated female employees.

<u>PRAYER FOR RELIEF</u>

Wherefore, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from engaging in sexual harassment, and any other employment practice which discriminates on the basis of sex.

B.     Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for its employees, which provide for a harassment-free work environment, and which eradicate the effects of its past and present unlawful employment practices.

C.      Order Defendant Employer to institute and carry out anti-discrimination and sexual harassment policies and complaint procedures.

D.      Order Defendant Employer to make whole Jones and a class of similarly situated female employees by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in paragraphs 12-16 above, including pain and suffering, humiliation, embarrassment, anxiety and inconvenience, in amounts to be determined at trial.

E.      Order Defendant Employer to pay Jones and a class of similarly situated female employees punitive damages for its malicious and reckless conduct, as described in paragraphs 12-16 above, in amounts to be determined at trial.

F.      Grant such further relief as the Court deems necessary and proper in the public interest.

G.      Award the Commission its costs of this action.

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its complaint.

.                               P. DAVID LOPEZ
                                General Counsel

.                               GWENDOLYN YOUNG REAMS
                                Associate General Counsel

                                EQUAL EMPLOYMENT OPPORTUNITY
                                COMMISSION
                                WASHINGTON, D.C.

.                               s/ Laurie A. Young
                                LAURIE A. YOUNG
                                Regional Attorney

5

s/ Michelle Eisele
MICHELLE EISELE
Supervisory Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Indianapolis District Office
101 W. Ohio St., Suite 1900
Indianapolis, IN 46204

s/ Aimee L. McFerren
AIMEE L. MCFERREN
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Louisville Area Office
600 Dr. Martin Luther King, Jr., Place,
Suite 268
Louisville, Kentucky 40202
(502) 582.6308 (Direct Dial)
(502) 582.5435 (Facsimile)
E-mail: aimee.mcferren@eeoc.gov